150 So.2d 590

**UNITED GAS PIPE LINE COMPANY**

**v.**

**Albertine Benoit BLANCHARD et al.**

No. 46636.

March 15, 1963.

In re: United Gas Pipe Line Company applying for certiorari or writ of review to the Court of Appeal; First Circuit, Parish of Terrebonne. 149 So.2d 615.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

150 So.2d 590

**Joseph MILLIET**

**v.**

**EMPLOYERS LIABILITY ASSURANCE CORPORATION, Ltd.**

No. 46637.

March 15, 1963.

In re: Employers Liability Assurance Corporation, Ltd. applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 148 So. 2d 825.

Writ denied. We find no error of law under the facts found by the Court of Appeal.